Curry Osborn ACREE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27395.

Court of Criminal Appeals of Texas.

Feb. 2, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Houston, for the State.

PER CURIAM.

Appellant was convicted of unlawfully with lascivious intent knowingly and intentionally exposing his genital organs to a female person under the age of 16 years and his punishment assessed at 9 months' confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.